UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARC McGEE,

    Plaintiff,

v.   Case No. 8:10-cv-1105-T-30TGW

HENDRICK ROOFING, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Approval of Settlement Agreement, Motion to Dismiss Case With Prejudice (Dkt. #45). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement, Motion to Dismiss Case With Prejudice (Dkt. #45) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 2, 2010.

    JAMES S. MOODY, JR.
    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1105.dismiss 45.wpd